| | | | |
|---|---|---|---|
| Case No. | SACV 18-00148-PSG (JEM) | Date | May 15, 2018 |
| Title | MARIA MEDRANO ALFARO v. COUNTY OF ORANGE et al | | |

Present: The Honorable     John E. McDermott, United States Magistrate Judge

| S. Lorenzo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO SERVE SUMMONS AND COMPLAINT AND FAILURE TO PROSECUTE

    On January 26, 2018, Maria Medrano Alfaro ("Plaintiff"), proceeding <u>pro se</u> and <u>in forma pauperis</u>, filed a Complaint pursuant to 42 U.S.C. § 1983.

    Fed. R. Civ. P. 4(m) requires defendants to be served within 90 days after the complaint is filed. More than 90 days have passed since the Complaint in this action was filed, and there is no indication on the docket that Defendants have been properly served with the summons and complaint. Moreover, it does not appear that Plaintiff has requested to have the required summons issued by the clerk.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing on or before **June 5, 2018**, why this case should not be dismissed for failure to serve the summons and complaint and failure to prosecute this action.

    Plaintiff may discharge this order to show cause by obtaining the required summons, properly serving the summons and complaint on all Defendants, and filing a proof of service no later than June 5, 2018, which demonstrates proper service.

    The Court advises Plaintiff that failure to serve the summons and complaint and file the proof of service on or before June 5, 2018, may result in dismissal of this action for failure serve and failure to prosecute.

cc:     Parties

| | : | |
|---|---|---|
| Initials of Deputy Clerk | slo | |