

FILED
CLERK, U.S. DISTRICT COURT
10/30/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MEDRANO ALFARO, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ORANGE, *et al.*, <br><br> Defendants. | Case No. 8:18-cv-00148-PSG (MAA) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED;
2. Defendants' Motion to Dismiss is GRANTED without prejudice to the extent it seeks dismissal of Plaintiffs R.M., S.M., and V.M.M.;
3. Defendant's Motion to Dismiss is DENIED without prejudice as moot to the extent it seeks dismissal of the claims of Plaintiffs Alfaro, S.M.,

and V.M.M. for: (i) violation of civil rights under 42 U.S.C. § 1983, (ii) negligence, (iii) battery, (iv) assault, and (v) intentional infliction of emotional distress;

4. Defendant's Motion to Dismiss is DENIED without prejudice as to Plaintiff Alfaro's claim for negligent infliction of emotional distress against all Defendants except Officer Cantu;

5. The Court DECLINES to exercise supplemental jurisdiction over the sole remaining state law claim (Plaintiff Alfaro's claim for negligent infliction of emotional distress against all Defendants) and DISMISSES such claim without prejudice;

6. Defendants' Motion to Strike is DENIED as moot; and

7. Judgment shall be ENTERED dismissing the entire action without prejudice.

DATED: 10/25/16

PHILIP S. GUTIERREZ
UNITED STATES MAGISTRATE JUDGE