JS-6

FILED
CLERK, U.S. DISTRICT COURT
10/30/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MEDRANO ALFARO, *et al.* | Case No. 8:18-cv-00148-PSG (MAA) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| COUNTY OF ORANGE, *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is DISMISSED without prejudice.

DATED: 10/25/10

PHILIP S. GUTIERREZ
UNITED STATES MAGISTRATE JUDGE